Erin M Wilson, WSBA No. 42454
Taylor Washburn, WSBA No. 51524
Andrew Gust, WSBA No. 64095
BALLARD SPAHR LLP
1301 Second Ave. No. 2800
Seattle, WA 98101
Tel: 206-223-7000
Fax: 206-223-7107
Email: wilsonem@ballardspahr.com
washburnt@ballardspahr.com
gusta@ballardspahr.com

*Attorneys for Defendant*

The Honorable Stanley A. Bastian

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
SPOKANE DIVISION

| | |
|---|---|
| MELISSA PLENTY,<br>Plaintiff,<br>v.<br>HILTON RESORTS CORPORATION d/b/a HILTON GRAND VACATIONS,<br>Defendant. | Case No. 2:26-cv-00258-SAB<br>**(PROPOSED)**<br>**ORDER GRANTING DEFENDANT HILTON RESORTS CORPORATION'S MOTION TO DISMISS UNDER RULE 12(b)(6)** |

The Court having considered Defendant Hilton Resorts Corporation's Motion to Dismiss Under Rule 12(b)(6), and all related pleadings and supporting materials, concludes that Plaintiff Melissa Plenty's Complaint fails to state a claim upon which relief can be granted. The Court therefore ORDERS that the above-captioned action is DISMISSED WITH PREJUDICE under Federal Rule of Civil Procedure 12(b)(6).

DATED this _____ day of September 2026.

THE HONORABLE STANLEY A. BASTIAN
UNITED STATES DISTRICT COURT JUDGE

Presented by:

BALLARD SPAHR LLP

By <u>*s/ Taylor Washburn*</u>

Erin M. Wilson, WSBA No. 42454
Taylor Washburn, WSBA No. 51524
Andrew Gust, WSBA No. 64095
wilsonem@ballardspahr.com
washburnt@ballardspahr.com
gusta@ballardspahr.com
1301 Second Ave. No. 2800
Seattle, Washington 98101
Tel: 206.223.7000

*Attorneys for Defendant Hilton Resorts Corporation d/b/a Hilton Grand Vacations*