Thomas Alvord
The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4127
thomas@thehqfirm.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**
**SPOKANE DIVISION**

| | |
|---|---|
| MELISSA PLENTY,<br>Plaintiff,<br>v.<br>HILTON RESORTS CORPORATION,<br>d/b/a HILTON GRAND VACATIONS,<br>Defendant. | Case No. 2:26-cv-00258-TOR<br><br>**PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff Melissa Plenty respectfully submits her Second Amended Class Action Complaint with the written consent of the opposing party.

## INTRODUCTION

1. "Being deluged with 'spam' telemarketing phone calls or text messages is the bane of modern life. In a world where countless companies try to capture our attention, it can be exasperating to receive yet another ping on a smartphone."

*Borden v. eFinancial, LLC*, 53 F.4th 1230, 1231 (9th Cir. 2022).

2. Defendant Hilton Resorts Corporation d/b/a Hilton Grand Vacations ("Hilton Grand") has contributed to this barrage of telephone spam by illegally calling Plaintiff Melissa Plenty ("Plenty") and thousands of others like her.

3. Despite requesting that the calls stop, Hilton Grand continued to call Plenty in an attempt to market its timeshares, hotel rooms, and services.

4. Plenty wants these calls to stop. Plenty brings this action individually, and on behalf of putative class members, to seek injunctive relief and damages.

**JURISDICTION AND VENUE**

5. This Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because this action arises under the TCPA, 47 U.S.C § 227, which is a federal statute.

6. Venue is proper in this District pursuant to 28 U.S.C. § 1391 because a significant portion of the facts giving rise to this lawsuit and the wrongful conduct occurred in this District.

7. This Court has personal jurisdiction over Defendant Hilton Resorts Corporation d/b/a Hilton Grand Vacations because the calls at issue arose from Hilton Grand's conduct in Washington. Hilton Grand obtained Plenty's information and knew or likely knew that Plenty was located in Washington and would receive the calls at issue in Washington. Furthermore, Plenty's phone number starts with


The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4127

509, which is an area code for eastern portions of Washington. Hilton Grand therefore knew that its calls were targeted at, and likely to be received in, Washington. Lastly, Hilton Grand is a global operation and directs its calls into all 50 states, and therefore knew many of its calls would be received in Washington.

## PARTIES

8. Plaintiff Melissa Plenty is a resident of Spokane, Washington.

9. Defendant Hilton Resorts Corporation is a Delaware Corporation with its principal place of business in Orlando, Florida.

## FACTUAL ALLEGATIONS

10. Hilton Grand is a timeshare marketer. It offers vacation ownership and timeshares to participating members.[1]

11. In February 2025, Plenty called Hilton Hotels to reserve rooms in Denver, Colorado for May 2025.

12. After completing the reservation with Hilton Hotels, the agent asked Plenty to stay on the line for a special promotion. Plenty was then transferred to a different phone line. The agent on the transferred line told Plenty that Hilton Grand had a special offer for her. Plenty could book a future timeslot at a significant

---

[1] Hilton Grand Vacations, *FAQS*, (last accessed June 16, 2026), https://www.hiltongrandvacations.com/en/faqs.



The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4127

discount if she picked a location and paid for the rooms while on the phone.

13. Plenty selected a location and paid the reduced price.

14. Once payment was completed, the agent informed her that the deal was only valid if she attended a class conducted by Hilton Grand that would last "no more than two hours." When Plenty stated she did not want to attend this class, she was told there were no refunds and she would be required to attend the class or forfeit her payment and rooms. Accordingly, Plenty planned to attend the class.

15. However, at the end of 2025, Plenty's cancer returned after a period of remission.

16. Plenty called Hilton in December 2025 to cancel her reservation. She was once again told that a refund was not an option regardless of her medical status. Plenty would need to attend the class and confirm her reservation or forfeit the prepayment made. Plenty instead confirmed the cancelation as she could no longer travel following her medical diagnosis.

17. Despite this interaction, Hilton Grand began calling Plenty again on February 10, 2026 at 2:26 am UTC, to encourage her to reserve timeslots.

18. Plenty explained her situation once again and told Hilton Grand to stop calling her.

19. However, Hilton Grand continued to call her, as follows:

a. Call from 689-358-1412 on Feb. 11, 2026, at 2:01 am UTC


The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4127

b. Call from 689-358-1357 on Feb. 11, 2026, at 5:37 pm UTC

c. Call from 689-358-1476 on Feb. 13, 2026, at 5:41 pm UTC

d. Call from 702-347-2062 on Feb. 14, 2026, at 2:00 am UTC

e. Call from 407-610-9592 on Feb. 16, 2026, at 9:56 pm UTC

f. Call from 407-610-6049 on Feb. 17, 2026, at 5:25 pm UTC

g. Call from 407-309-9593 on Feb. 18, 2026, at 5:30 pm UTC

h. Call from 689-358-1587 on Feb 19, 2026, at 1:32 am UTC

i. Call from 407-309-3684 on Feb 19, 2026, at 5:14 pm UTC

j. Call from 689-358-1623 on Feb. 20, 2026, at 1:19 am UTC

k. Call from 407-610-9208 on Feb. 23, 2026, at 8:51 pm UTC

l. Call from 689-358-1475 on Feb. 24, 2026 at 5:29 pm UTC

m. Call from 407-610-1935 on Feb. 25, 2026, at 1:30 am UTC

20. The calls each came from a different number, making it impossible for Plenty to block or prevent them.

21. Each call was initiated by Hilton Grand to Plenty's number, 509-701-5723.

22. The purpose of the calls was to market available dates for potential reservations.

23. The calls were made despite Plenty's stop request on February 10, 2026.

24. Plenty is the user of the cell phone number 509-701-5723. She has been



The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4127

the user of 509-701-5723 for at least twenty years. Plenty uses this number for personal use. She uses it at home and wherever she goes. She is the sole user of the number and does not use it for any business.

25. In 2020, Hilton Grand's Chief Executive Officer explained that the company had developed tools to analyze its marketing campaigns and invested in systems to manage campaigns at high volume across multiple channels.[2] Hilton Grand was also investing in more sophisticated marketing and making its consumer data more useful for targeting customers.[3]

26. Hilton Grand has invested heavily in its capabilities for high-volume marketing campaigns. In 2025, Hilton Grand had more than 720,000 members; it reported $5.047 billion in total revenues and $1.871 billion in sales and marketing expense.[4]

---

[2] Hilton Grand Vacations, *Q4 2019 Earnings Conference Call 3* (Feb. 27, 2020), https://s27.q4cdn.com/757306400/files/doc_events/4q19-hgv-earnings-call-transcript.pdf.

[3] *See id.*

[4] Hilton Grand Vacations Inc., Form 10-K, at 2, 72 (Feb. 26, 2026), https://www.sec.gov/Archives/edgar/data/1674168/000167416826000017/hgv-20251231.htm.



The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4127

27. Hilton Grand relies on computer and internet-based systems to collect, process, transmit, and manage consumer data.[5]

28. Hilton Grand had the technological ability to record Plenty's stop request when she made it and to immediately or nearly immediately prevent her number from being selected for another marketing call.

29. As the FCC acknowledges, "advances in technology over the years, including automated and interactive technologies, have made the processing of do-not-call and consent revocation requests more efficient and timely than in the past. [S]uch technological advances provide callers and senders of text messages with the tools they need to process all do-not-call and consent revocation requests in near real time." *In re Rules & Reguls. Implementing the TCPA*, 38 F.C.C. Rcd. 6279, 6283–84 (2023).

30. On information and belief, any delay between recording a stop request and suppressing the number for future calls was purposefully built into Hilton Grand's computerized marketing system.

31. Hilton Grand's marketing system can update individual consumer records in real time and use those records to determine which consumers to call.

32. Hilton Grand is an extremely sophisticated and technologically

---

[5] *Id.* at 28.



The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4127

advanced company. With this degree of sophistication, size, and automation, Hilton Grand is undoubtedly capable of honoring a consumer's stop request immediately, and surely within 72 hours.

33. Yet Hilton Grand made eleven calls to Plenty more than 72 hours after her stop request.

34. Hilton Grand purposefully ignores and delays consumers' stop requests to try to get one, two, or even eleven more bites at the proverbial apple, in an effort to shove its timeshares in front of consumers who have asked to be left alone.

35. Plenty is not alone in her experience. For years, consumers have complained about Hilton Grand's illegal calls:

a. "I received another call pertaining to a Hilton Timeshare . . . . This is my 18th time being asked [*sic*] to BE TAKEN OFF THE LIST. I have stayed at Hilton in 2010 and its 9 years later and they are still calling me. PLEASE Stop calling me."[6]

b. "Hilton Grand Vacation calls me nearly every day (from different numbers) despite me insisting that they stop calling." . . . "It's been

---

[6] Nancy, *Review of Hilton Grand Vacations*, ConsumerAffairs (Oct. 10, 2019), https://www.consumeraffairs.com/travel/hilton_grand_vacations.html?page=7 (last visited Aug. 13, 2026).



The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4127

years now, and every couple of days I'll have calls from Hilton Grand Vacations."[7]

c. "[T]hey've been calling me for 20 years. I ask HGV to put me on the do not call list. I ask Hilton to stop . . . . It never stops."[8]

d. "I started getting 5 calls a day from HGVC trying to get me to come to Orlando, San Diego, or Vegas for a weekend stay to try to sell me a timeshare. They somehow got my cell phone number and it comes up as blocked on my phone. I can't not answer it because some of my business contacts come up as blocked.

When I asked how they got this number they say they got it from Hilton because I stayed at a Hilton in the past 3 years. Its true that I stay at Hiltons, but I never gave Hilton my cell phone. I have asked them to put me on the do not call list, and I keep getting they will try. Even getting to speak to a manager, which as not helped.

---

[7] zuluana, *Hilton Grand Vacation Calls Me Nearly Every Day (from Different Numbers) Despite Me Insisting That They Stop Calling*, Reddit (Dec. 2, 2022), https://www.reddit.com/r/legaladvice/comments/zasl0f/hilton_grand_vacation_calls_me_nearly_every_day/ (last visited Aug. 13, 2026).

[8] justdog324, *How Can I Stop the Phone Calls?*, Reddit (Dec. 1, 2025), https://www.reddit.com/r/HiltonGrandVacation/comments/1pbp5ht/how_can_i_stop_the_phone_calls/ (last visited Aug. 13, 2026).



The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4127

Is there anyone I can contact to stop this before its gets more out of control?" [9]

e. "My experience with Hilton Grand Vacations has been nothing short of a nightmare. It started with relentless robocalls—multiple times daily without identification or messages. After weeks of harassment, we finally answered after receiving four calls in one evening. We were lured in with promises of a 'free 3-day Vegas trip' for attending a 'low-pressure, one-hour presentation.' This was the first of many lies. Upon arrival at the Elara, it became clear our stay was secondary to their sales ambitions.

The 'presentation' lasted nearly FIVE HOURS. We were passed between multiple sales reps who used increasingly aggressive emotional manipulation tactics. Despite explaining that my mother-in-law was terminally ill and we needed to leave, they refused to let us go. We were so mentally and emotionally exhausted that we agreed to purchase just to escape. They pressured us into opening a credit card for financing and promised we could 'easily resell at the same or higher value', another complete lie. Questions about maintenance fees were answered dishonestly, and follow-up calls were ignored.

Later, we were targeted again with 'free trip' offers that was actually another high-pressure upsell session. Against our better judgment, we were manipulated into upgrading with false promises it would improve usability. It only deepened our financial burden. For years, we've tried contacting HGVC about resale options with zero response. Their entire business model relies on deception, manipulation, and predatory tactics targeting vulnerable consumers. HGVC has caused

---

[9] Ktremor, *How to I get Hilton Grand Vacations Club® to stop calling me non-stop?*, flyertalk (July 18, 2008), https://www.flyertalk.com/forum/hilton-hilton-honors/846418-how-i-get-hilton-grand-vacations-club-stop-calling-me-non-stop.html.



The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4127

us years of financial stress and emotional distress. Save yourself the heartache—avoid this company entirely.” [10]

f. “Representatives from Hilton Hotel Vacations are calling me 17 times a day because I won't sign up. They have been rude, refuse to take my phone number off their list and now harass me with multiple calls every day. I will never stay at a Hilton hotel again. I was a rewards member too but not anymore.” [11]

36. Hilton Grand does not have the requisite do-not-call procedures in place as evidenced by Hilton Grand’s calls to Plenty and many others who have repeatedly requested Hilton Grand stop calling, yet the calls continue, sometimes for months.

37. Marketing calls by Hilton Grand are a persistent nuisance and have invaded the privacy of Plenty and the class members, intruded upon their seclusion, and negatively impacted their enjoyment and use of their phones.

## LEGAL STANDARD

38. **Do Not Call Procedures.** “No person or entity shall initiate… any call for telemarketing purposes to a residential telephone subscriber unless such person

---

[10] Kim from Colleyville, TX, Hilton Grand Vacations Reviews, Consumer Affairs (Aug. 17, 2025), https://www.consumeraffairs.com/travel/hilton_grand_vacations.html?page=3.

[11] Rockell CJ, *Harrassment of continuous calls*, PissedConsumer.com (Feb. 23, 2024), https://hilton-grand-vacations.pissedconsumer.com/complaints/RT-P.html.



The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4127

or entity has instituted procedures for maintaining a list of persons who request not to receive such calls." 47 C.F.R. § 64.1200(d). A telemarketer that receives a do-not-call request must record the request and place the subscriber's name and telephone number on its do-not-call list at the time the request is made. *Id.* § 64.1200(d)(3). The telemarketer must also honor the request within a reasonable time. *Id.*

## CLASS ACTION ALLEGATIONS

39. Pursuant to Federal Rules of Civil Procedure 23(b)(3), Plenty brings this action on behalf of herself and a class of persons similarly situated.

40. Plenty proposes the following class:

> **The Do Not Call Class:** All persons in the United States, (1) to whom Hilton Grand initiated, or caused to be initiated, more than one telephone call, (2) marketing Hilton Grand's timeshares, hotel rooms, or services, (3) after receiving a do not call request, (4) within the last four years prior to the filing of this action through the date of class certification.

41. The Class likely exceeds 10,000 members.

42. As a result, joinder is impracticable.

43. On information and belief, last year Hilton Grand made more than one million calls to numbers after receiving a stop request.

44. On information and belief, Hilton Grand records annotations, notes, codes, or similar designation that indicate Hilton Grand received a stop request.


The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4127

45. Questions of law and fact common to the class include whether Hilton Grand initiated the calls, whether Hilton Grand instituted and followed procedures that met the minimum standards of 47 C.F.R. § 64.1200(d), whether Hilton Grand recorded stop requests at the time they were made, whether calls were placed after a consumer's stop request, whether Hilton Grand honored stop requests within a reasonable time, whether the calls were to cellular telephones, and whether calls were made knowingly and willfully.

46. Plenty's claims are typical of those of the Class because they arise out of Hilton Grand's common marketing tactics and do-not-call procedures and are based on the same legal theory under the TCPA.

47. Plenty is an adequate representative because her interests do not conflict with those of the Class, and she will fairly represent the interest of the Class. Plaintiff's counsel also has no conflict and is experienced in TCPA class actions.

48. The questions common to the Class predominate over individualized questions.

49. A class is superior to individual suits because it saves judicial resources, promotes consistency and efficiency, provides a forum for small claimants, and deters illegal activities. Class members prosecuting separate actions is unlikely because of the time and expense required. Damages are statutory and straightforward. Notice can be provided by mail or other means. There is no difficulty in managing


The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4127

this case as a class.

## FIRST CAUSE OF ACTION
### Failure to Honor Opt-Out Requests
### (On Behalf of Plaintiff and the Do Not Call Class)

50. Hilton Grand violated 47 C.F.R. § 64.1200(d) by making, or causing to be made, telemarketing calls to Plenty and the Do Not Call Class without instituting and following the requisite procedures for maintaining a list of persons who request not to receive such calls.

51. Hilton Grand failed to honor Plenty's and class members' stop requests within a reasonable time, as required by 47 C.F.R. § 64.1200(d)(3).

52. Plenty and members of the Do Not Call Class have been damaged and are entitled to an award of $500 in statutory damages for each violation. 47 U.S.C. § 227(c)(5).

53. The court should award $1,500 in statutory damages for each violation because the violations were knowing and willful. *Id.*



The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4127

## RELIEF REQUESTED

Plenty respectfully requests that the Court grant Plenty and all class members the following relief against Hilton Grand:

A. Certification of the proposed class;

B. Appointment of Melissa Plenty as class representative;

C. Appointment of The HQ Firm, P.C. as lead counsel for the class;

D. An award of damages to Plenty and class members, as allowed by law;

E. An award of fees, costs, and interest, as allowed by law; and

F. Orders granting such other relief as the Court deems necessary, just, and proper.

## JURY DEMAND

Plenty requests a jury trial as to all claims of the Complaint so triable.



The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4127

DATED: August 26, 2026

Respectfully submitted,

/s/ *Thomas Alvord*
Thomas Alvord, WSBA #61943
**The HQ Firm, P.C.**
450 Alaskan Way S Suite 200 #1823
Seattle, WA 98104
Phone: 385-440-4127
thomas@thehqfirm.com